No. 21,247.

CLAYTON L. STUART, *Appellee and Appellant*, V. THE CITY OF
KANSAS CITY, *Appellant and Appellee.*

OPINION DENYING A REHEARING.

Appeal from Wyandotte district court, division No. 3; AL-
BERT J. HERROD, judge. .Opinion denying a rehearing and di-
recting a new trial on certain questions filed March 9, 1918.
(For former opinion of reversal see *ante,* p. 307.)

*H. J. Smith, Thomas M. Van Cleave,* and *Lee Judy,* all of
Kansas City, for the appellant and appellee.

*J. O. Emerson,* and *David J. Smith,* both of Kansas City, for
the appellee and appellant.

The opinion of the court was delivered by

MARSHALL, J.: In an opinion rendered on January 12, 1918
(102 Kan. 307), the judgment of the district court was re-
versed, and a new trial was granted.

The plaintiff has filed an application for a rehearing, and,
in that application, asks that, if a rehearing is denied and the
judgment stands reversed, the new trial be directed on the
proposition on which the judgment was reversed. The judg-
ment was reversed on the ground that an instruction was
erroneous because it did not submit to the jury the question of
the defendant's knowledge of the dangerously playful habits of
William Deeds, a fellow workman with whom the plaintiff was
working at the time of his injury.

The judgment of reversal is adhered to, and a new trial is
granted on the following questions: (1) Was the plaintiff in-
jured by William Deeds, accidentally or in sport? (2) If the
plaintiff was injured by William Deeds in sport, was William
Deeds in the habit of indulging in dangerous play with his
fellow workmen? (3) If William Deeds was in the habit of in-
dulging in dangerous play with his fellow workmen, did the de-
fendant have notice or knowledge of that habit?

After these facts have been ascertained, judgment will be
rendered by the trial court in accordance with the facts so
found and in obedience to the law declared in the former
opinion.